UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OLIN LEVY,<br><br>        Plaintiff,<br><br>    v.<br><br>SIMON PROPERTY GROUP,<br><br>        Defendant. | 23-cv-03144-VC<br><br>**JUDGMENT** |

Judgment is entered in accordance with the order dismissing this case. *See* Dkt. No. 6. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 14, 2023

_____
VINCE CHHABRIA
United States District Judge